# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1177
Lower Tribunal No. 07-CF-020986

_____

DALLAS R. BROOKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Robert Branning, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and SMITH, JJ., concur.


Dallas R. Brooks, Lowell, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED